UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CASTLEMORTON WIRELESS, LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00029-ADA |
| BOSE CORPORATION | § § | |

**ORDER SETTING TELEPHONIC DISCOVERY HEARING**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on April 30, 2020 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **30th day of April, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE