# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **CASTLEMORTON WIRELESS, LLC,** | ) |
| *Plaintiff,* | ) C.A. No. 1:20-cv-00482-ADA <br> ) LEAD CASE <br> ) |
| v. | ) C.A. No. 6:20-cv-00029-ADA <br> ) MEMBER CASE |
| **BOSE CORPORATION,** | ) |
| *Defendant.* | ) |

## ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Castlemorton Wireless, LLC's claims in this action against Bose Corporation shall be dismissed with prejudice; (ii) all of Bose Corporation's claims and defenses in this action against Castlemorton Wireless, LLC shall be dismissed without prejudice; and (iii) each Party shall bear its own costs, expenses, and attorneys' fees.

SIGNED on September 12, 2020

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE